**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerlando Curreri, | No. CV09-630-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Paul Babeu, et al., | |
| Defendant. | |

Plaintiff filed a Motion for Leave to File Second Amended Complaint (Doc. 49) on October 22, 2010. Defendants filed their Response (Doc. 50) on November 4, 2010. The Magistrate Judge entered a Report and Recommendation (Doc. 57) on December 10, 2010, recommending that the undersigned deny Plaintiff's Motion for Leave to file Second Amended Complaint and deny a certificate of appealability if sought by Plaintiff.

Neither party filed an objection to the Report and Recommendation. The Court therefore hereby accepts the R&R to the extent it recommends denying leave to file a Second Amended Complaint. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985)(finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*)("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz.

2003). The Court modifies the Report and Recommendation to eliminate the suggestion that the undersigned deny a certificate of appealability should Plaintiff seek one because a certificate of appealability pursuant to 28 U.S.C. §2254 does not apply outside of certain habeas writs.

Accordingly,

**IT IS ORDERED** Accepting and adopting the Magistrate's Report and Recommendation (Doc. 57) with the slight modification noted above.

**IT IS FURTHER ORDERED** Denying Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. 49).

DATED this 16th day of March, 2011.

James A. Teilborg
United States District Judge